BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2739
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
APR 17 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

The person of Abid Hussain.

CASE NO. 2:13-SW-0559-DAD

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: April 16, 2014

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge